Case 1:07-cr-00862   Document 72   Filed 08/28/2008   Page 1 of 1



# 07 CR 862

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JUDGE KENNELLY

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

MAGISTRATE JUDGE SCHENKIER

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   USA v. Gabriel Toader 07 CR 862; SCHENKIER

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   USA v. Gabriel Toader 07 CR 862; KENNELLY
   ET AL

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☐   YES ☒

8) Does this indictment or information include a conspiracy count?   NO ☐   YES ☒

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)           ☐ Income Tax Fraud ........... (II)        ☐ DAPCA Controlled Substances ..... (III)
   ☐ Criminal Antitrust (II)                ☐ Postal Fraud ........... (II)            ☐ Miscellaneous General Offenses ..... (IV)
   ☐ Bank robbery ........... (II)          ☒ **Other Fraud** ........... (III)        ☐ Immigration Laws ............ (IV)
   ☐ Post Office Robbery ...... (II)        ☐ Auto Theft ........... (IV)              ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Other Robbery .......... (II)          ☐ Transporting Forged Securities .. (III)  ☐ Food & Drug Laws ........... (IV)
   ☐ Assault ............... (III)          ☐ Forgery ........... (III)                ☐ Motor Carrier Act ........... (IV)
   ☐ Burglary ............. (IV)            ☐ Counterfeiting ........... (III)         ☐ Selective Service Act .......... (IV)
   ☐ Larceny and Theft ....... (IV)         ☐ Sex Offenses ........... (II)            ☐ Obscene Mail .............. (III)
   ☐ Postal Embezzlement ..... (IV)         ☐ DAPCA Marijuana ........... (III)        ☐ Other Federal Statutes ......... (III)
   ☐ Other Embezzlement ..... (III)         ☐ DAPCA Narcotics ........... (III)        ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.
    **18 U.S.C. § 1343**

**FILED**
AUG 2 8 2008  TC
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
BRIAN HAYES
Assistant United States Attorney

(Revised 12/99)