Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE KENNELLY<br>MAGISTRATE JUDGE SCHENKIER | Sitting Judge If Other Than Assigned Judge | **Magistrate Judge Nolan** |
|---|---|---|---|
| **CASE NUMBER** | 07-CR-00862 | **DATE** | AUGUST 28, 2008 |
| **CASE TITLE** | US v. GABRIEL DRAGOS TOADER, et al (SEE ATTACHED) | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

SPECIAL JUNE 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge *Nan R. Nolan*

**DOCKET ENTRY:**

DETENTION ORDER PREVIOUSLY ISSUED IN 07 CR 862 TO STAND AS TO GABRIEL DRAGOS TOADER, CRISTINA SAVU, IGORI GOREACIUC, RAUL BORLEA, and CONSTANTIN PALANCEANU. TO ISSUE BENCH WARRANTS. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO ANDREI OVIDIU AGACHE, ADRIAN GHIGHINA, ADRIAN DUCA, MIRCEA ALIN BLAJ, and IOAN DANUT COITA. WARRANT PREVIOUSLY ISSUED 17 APR 2008 FOR BELA BALINT TO STAND. DEFENDANT IS A FUGITIVE.

**FILED**
AUG 28 2008 TC
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE (ONLY IF FILED
OR MAGISTRATE JUDGE UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials
Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET #

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
GABRIEL DRAGOS TOADER, )
   also known as "Gabi Camatar" )
BELA BALINT, )
   also known as "Bebe," )
CRISTINA SAVU, )
IGORI GOREACIUC, )
   also known as "Papa," )
ADRIAN GHIGHINA, )
   also known as "Rusu," )
ADRIAN DUCA, )
RAUL BORLEA, )
MIRCEA ALIN BLAJ, )
   also known as "Piticul," )
IOAN DANUT COITA, )
CONSTANTIN PALANCEANU, )
   also known as "Costel," and )
ANDREI OVIDIU AGACHE )